DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTHONY R. BARRETT,**
Appellant,

v.

**WELLS FARGO BANK, N.A.,** successor in interest to **WACHOVIA MORTGAGE F.S.B.** f/k/a **WORLD SAVINGS BANK, F.S.B.,**
Appellee.

No. 4D19-3720

[February 4, 2021]

Appeal of nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dennis D. Bailey, Judge; L.T. Case No. CACE 10-016853 (11).

Anthony R. Barrett, Plantation, pro se.

C. H. Houston III, Sara F. Holladay-Tobias and Emily Y. Rottmann of McGuireWoods LLP, Jacksonville, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and KUNTZ, JJ., concur.

\*    \*    \*

***Not final until disposition of timely filed motion for rehearing.***